NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TOMMY LEE STEVENS,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5112

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-509, Judge Victor J. Wolski.

---

**ON MOTION**

---

**ORDER**

Tommy Lee Stevens moves for a 30-day extension of time to file his initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Stevens' initial brief (form enclosed) is due within 30 days of the date of filing of this order.

FOR THE COURT

__AUG 1 8 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Tommy Lee Stevens (Informal Brief Form Enclosed)
Cameron Cohick, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 8 2011

JAN HORBALY
CLERK